UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 22-07241-JCB |
| | ) | |
| JAMES W. CLARK, | ) | |
| Defendant | ) | |

## AFFIDAVIT OF OUTSTANDING ARREST WARRANT
## PURSUANT TO FED. R. CRIM. P. 5(c)(3)

I, Katelin Ehrhardt, Special Agent, Federal Bureau of Investigation, do hereby make oath before the Honorable Jennifer C. Boal, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one JAMES W. CLARK issued by the United States District Court for the District of Arizona on or about July 26, 2022, for Bomb Threat, in violation of Title 18, United States Code, § 844(e), Bomb Hoax, in violation of Title 18, United States Code, Section 1038(a), and Interstate Threat, in violation of Title 18, United States Code, Section 875(c). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

Katelin Ehrhardt
Special Agent
Federal Bureau of Investigations

Subscribed and sworn to before me this 29th day of July 2022.

The Honorable Jennifer C. Boal
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.
James W. Clark

_Defendant_

Case No. CR-22-00889-PHX-MTL

# SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ James W. Clark,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:844(e) - Bomb Threat
18:1038(a) - Bomb Hoax
18:875(c) - Interstatee Threat

ISSUED ON 2:35 pm, Jul 26, 2022
s/ Debra D. Lucas, Clerk

_Issuing officer's signature_

M. Pruneau, Deputy Clerk
_Printed name and title_

City and state: Phoenix, Arizona

cc: PTS

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____. |
| Date: _____ |
| _____ _Arresting officer's signature_ |
| _____ _Printed name and title_ |

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

[Print] [Save As...] [Reset]