UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

22-mj-7241-JCB

UNITED STATES OF AMERICA

v.

JAMES W. CLARK

**RULE 5 ORDER OF REMOVAL**

July 29, 2022

Boal, M.J.

Defendant James W. Clark is charged in an indictment in the U.S. District Court for the District of Arizona (Case No. CR-22-00889-PHX-MTL in the charging district) with bomb threat in violation of 18 U.S.C. § 844(e); bomb hoax in violation of 18 U.S.C. § 1038(a); and interstate threat in violation of 18 U.S.C. § 875(c). An initial appearance was held on July 29, 2022, at which time the defendant waived an identity hearing. The defendant was released on conditions. I find that the defendant is the person named in the warrant. The United States has produced a facsimile of the warrant. The defendant was informed of his rights pursuant to Rule 20 of the Federal Rules of Criminal Procedure.

WHEREFORE, the defendant is ORDERED removed to the District of Arizona, and further, the defendant is ORDERED to appear before the United States District Court for that District whenever ordered to do so by that Court.

                                           /s/ Jennifer C. Boal
                                           JENNIFER C. BOAL
                                           United States Magistrate Judge