# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: <u>1:22−mj−07241−JCB</u>−1

Case title: USA v. Clark

Date Filed: 07/29/2022

Date Terminated: 07/29/2022

Assigned to: Magistrate Judge
Jennifer C. Boal

**Defendant (1)**

| | | |
|---|---|---|
| **James W. Clark**<br>*TERMINATED: 07/29/2022* | represented by | **Jane F. Peachy**<br>Federal Public Defender Office<br>District of Massachusetts<br>51 Sleeper Street<br>5th Floor<br>Boston, MA 02210<br>617−223−8061<br>Email: <u>jane_peachy@fd.org</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| **Count One** 18 U.S.C. § 844(e) – Bomb Threat | |
| **Count Two** 18 U.S.C. § 1038(a) – Bomb Hoax | |

**Count Three** 18 U.S.C. § 875(c) –
Interstate Threat

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Christopher J. Pohl** |

United States Attorney's Office MA
1 Courthouse Way
Suite 9200
Boston, MA 02210
617−748−3196
Fax: 617−748−3963
Email: christopher.pohl@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/29/2022 | 1 | | ELECTRONIC NOTICE of Case Assignment as to James W. Clark; Magistrate Judge Jennifer C. Boal assigned to case. (Finn, Mary) (Entered: 07/29/2022) |
| 07/29/2022 | | | Arrest (Rule 5) of James W. Clark (York, Steve) (Entered: 07/29/2022) |
| 07/29/2022 | 2 | | Rule 5(c)(3) Documents Received as to James W. Clark (Attachments: # 1 Indictment) (York, Steve) (Entered: 07/29/2022) |
| 07/29/2022 | 3 | | ELECTRONIC NOTICE OF HEARING for Initial Appearance as to James W. Clark. The Initial Appearance Hearing is set for July 29, 2022 at 2:30 p.m. in Courtroom 14 (In person only) before Magistrate Judge Jennifer C. Boal. (York, Steve) (Entered: 07/29/2022) |
| 07/29/2022 | 4 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Jennifer C. Boal: Initial Appearance in Rule 5(c)(3) Proceedings as to James W. Clark held on 7/29/2022. The Court advised the defendant of his rights and the charges against him. The defendant submitted a financial affidavit and the Court appointed Jane Peachy as counsel. The government stated the maximum penalties and did not seek detention but rather moved for release on conditions. The parties agreed to the proposed conditions. The Court informed the defendant of his conditions of release. The defendant waives his rights to an Identity Hearing. A rule 20 colloquy was given. A rule 5 affidavit was submitted. The Court finds that defendant James W. Clark is the named person in the charging Indictment. The Court reminded the government of its obligations under Rule 5 (f). The Court released the defendant on conditions and a personal recognizance bond. The order for removal will be issued. |

| | | | |
|---|---|---|---|
| | | | (Attorneys present: Pohl for the government; Peachy for the defendant; Curran for probation.)Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please go to https://www.mad.uscourts.gov/caseinfo/transcripts.htm#audio−recordings . For a transcript of this proceeding, contact Katelyn Coppola by email at mad_transcripts@mad.uscourts.gov. (York, Steve) (Entered: 08/01/2022) |
| 07/29/2022 | 5 | | RULE 5 AFFIDAVIT by USA as to James W. Clark by Affiant Katelin Ehrhardt (York, Steve) (Entered: 08/01/2022) |
| 07/29/2022 | 7 | | Magistrate Judge Jennifer C. Boal: ORDER entered. ORDER Setting Conditions of Release as to James W. Clark. (York, Steve) (Entered: 08/01/2022) |
| 07/29/2022 | 8 | | Personal Recognizance Bond Entered as to James W. Clark (York, Steve) (Entered: 08/01/2022) |
| 07/29/2022 | 9 | | Magistrate Judge Jennifer C. Boal: ORDER entered. ORDER PURSUANT TO RULE 5 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE as to James W. Clark. (York, Steve) (Entered: 08/01/2022) |
| 07/29/2022 | 10 | | Magistrate Judge Jennifer C. Boal: ORDER entered. ORDER OF REMOVAL to District of District of Arizona as to James W. Clark. (York, Steve) (Entered: 08/01/2022) |

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Jane F. Peachy (jane_peachy@fd.org, orlando_lezama@fd.org),
Magistrate Judge Jennifer C. Boal (jennifer_boal@mad.uscourts.gov,
steve_york@mad.uscourts.gov)
--Non Case Participants: ad hoc (steve_york@mad.uscourts.gov)
--No Notice Sent:

Message-Id:9926275@mad.uscourts.gov
Subject:Activity in Case 1:22-mj-07241-JCB USA v. Clark Case Assigned/Reassigned
Content-Type: text/html
```

## United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 7/29/2022 at 9:45 AM EDT and filed on 7/29/2022

| | |
|---|---|
| **Case Name:** | USA v. Clark |
| **Case Number:** | 1:22–mj–07241–JCB |
| **Filer:** | |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
 **ELECTRONIC NOTICE of Case Assignment as to James W. Clark; Magistrate Judge Jennifer C. Boal assigned to case. (Finn, Mary)**


**1:22–mj–07241–JCB–1 Notice has been electronically mailed to:**


**1:22–mj–07241–JCB–1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Jane F. Peachy (jane_peachy@fd.org, orlando_lezama@fd.org),
Magistrate Judge Jennifer C. Boal (jennifer_boal@mad.uscourts.gov,
steve_york@mad.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:9926457@mad.uscourts.gov
Subject:Activity in Case 1:22-mj-07241-JCB USA v. Clark Arrest - Rule 5
Content-Type: text/html
```

**United States District Court**

**District of Massachusetts**

**Notice of Electronic Filing**

The following transaction was entered on 7/29/2022 at 10:47 AM EDT and filed on 7/29/2022

| | |
|---|---|
| **Case Name:** | USA v. Clark |
| **Case Number:** | 1:22−mj−07241−JCB |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 5) of James W. Clark (York, Steve)**


**1:22−mj−07241−JCB−1 Notice has been electronically mailed to:**

Jane F. Peachy     jane_peachy@fd.org, Orlando_Lezama@fd.org

**1:22−mj−07241−JCB−1 Notice will not be electronically mailed to:**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-22-00889-PHX-MTL |
| James W. Clark | ) | |
| | ) | <span style="color:red">**SEALED**</span> |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

 **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   James W. Clark ,
who is accused of an offense or violation based on the following document filed with the court:

☑ <u>Indictment</u>     ❏ Superseding <u>Indictment</u>     ❏ Information     ❏ Superseding Information     ❏ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18:844(e) - Bomb Threat
18:1038(a) - Bomb Hoax
18:875(c) - Interstatee Threat

_Issuing officer's signature_

City and state:    Phoenix, Arizona

ISSUED ON  2:35 pm, Jul 26, 2022
s/ Debra D. Lucas, Clerk

M. Pruneau, Deputy Clerk
_Printed name and title_

cc: PTS

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

_____

| Print | Save As... | Reset |

1 COREY R. AMUNDSON
Chief, Public Integrity Section
2 Criminal Division, U.S. Department of Justice
TANYA SENANAYAKE
3 Trial Attorney, Public Integrity Section
D.C. Bar No. 1006218
4 Criminal Division, U.S. Department of Justice
1301 New York Ave. 10th Floor
5 Washington, DC 20530
Telephone: 202-514-1412
6 Email: Tanya.Senanayake@usdoj.gov

7 GARY M. RESTAINO
United States Attorney
8 District of Arizona
SEAN K. LOKEY
9 Assistant United States Attorney
Arizona State Bar No. 033627
10 Two Renaissance Square
40 N. Central Ave., Suite 1800
11 Phoenix, Arizona 85004
Telephone: 602-514-7500
12 Email: sean.lokey@usdoj.gov

13 *Attorneys for Plaintiff*

FILED ____ LODGED
____ RECEIVED ____ COPY

JUL 2 6 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                    DEPUTY

**SEALED**

14        IN THE UNITED STATES DISTRICT COURT

15            FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 16  United States of America, | No.  CR-22-00889-PHX-MTL (JZB) |
| 17              Plaintiff, | |
| 18      vs. | **I N D I C T M E N T** |
| 19 | VIO:  18 U.S.C. § 844(e) |
| 20  James W. Clark, | (Bomb Threat) |
| 21              Defendant. | Count 1 |
| 22 | 18 U.S.C. § 1038(a) (Bomb Hoax) Count 2 |
| 23 | 18 U.S.C. § 875(c) |
| 24 | (Interstate Threat) Count 3 |

25  **THE GRAND JURY CHARGES:**

26              **BACKGROUND ALLEGATIONS**

27        1.      At all times relevant to the indictment, VICTIM-1 was an election official

28  who worked at the Arizona Secretary of State's Office.

2.      On or about February 14, 2021, the defendant JAMES W. CLARK utilized a web browser to search for the address of VICTIM-1 and "how to kill" VICTIM-1.

3.      On or about February 18, 2021, the defendant JAMES W. CLARK utilized a web browser to search for "fema boston marathon bombing" and "fema boston marathon bombing plan digital army."

**COUNT 1**
**18 U.S.C. § 844(e)**
**(BOMB THREAT)**

4.  On or about February 14, 2021, in the District of Arizona and elsewhere, the defendant JAMES W. CLARK, through the use of an instrument of interstate commerce, and in and affecting interstate commerce, willfully made a threat, and maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, to kill, injure, and intimidate any individual and unlawfully to damage and destroy a building and other real and personal property by means of an explosive, specifically, the defendant sent the following language via the web form of the Elections Division, Arizona Secretary of State's Office, addressed to VICTIM-1: "Your attorney general needs to resign by Tuesday February 16th by 9 am or the explosive device impacted in her personal space will be detonated."

In violation of Title 18, United States Code, Section 844(e).

**COUNT 2**
**18 U.S.C. § 1038(a)**
**(BOMB HOAX)**

5.  On or about February 14, 2021, in the District of Arizona and elsewhere, the defendant JAMES W. CLARK, did intentionally convey false and misleading information, to wit, a message sent via a web contact form containing a threat to detonate an explosive device, under circumstances where such information may reasonably be believed and where such information indicated that an activity had taken, was taking, and would take place, to wit, the detonation of an explosive device in government facilities, that would

- 2 -

1   constitute a violation of Title 18, United States Code, chapter 113B, particularly Title 18,

2   United States Code, Section 2332f, specifically, the defendant sent the following language

3   via the web form of the Elections Division, Arizona Secretary of State's Office, addressed

4   to VICTIM-1: "Your attorney general needs to resign by Tuesday February 16th by 9 am

5   or the explosive device impacted in her personal space will be detonated."

6       In violation of Title 18, United States Code, Section 1038(a).

7

8   **COUNT 3**
**18 U.S.C. § 875(c)**

9   **(INTERSTATE THREAT)**

10       6.   On or about February 14, 2021, in the District of Arizona and elsewhere, the

11   defendant JAMES W. CLARK, with the intent to communicate a true threat to injure

12   another person and with knowledge that the communication would be viewed as a true

13   threat to injure another person, knowingly transmitted a communication in interstate and

14   foreign commerce containing a true threat to injure the person of another by stating the

15   following in a message transmitted via the web form of the Elections Division, Arizona

16   Secretary of State's Office, addressed to VICTIM-1: "Your attorney general needs to resign

17   by Tuesday February 16th by 9 am or the explosive device impacted in her personal space

18   will be detonated."

19       In violation of Title 18, United States Code, Section 875(c).

20       A TRUE BILL

21

22   *s/*

23   FOREPERSON OF THE GRAND JURY
Date:  July 26, 2022

24   GARY M. RESTAINO
United States Attorney       COREY R. AMUNDSON

25   District of Arizona       Chief, Public Integrity Section
Criminal Division, U.S. Department of Justice

26   *s/*                              *s/*

27   SEAN K. LOKEY                   TANYA SENANAYAKE
Assistant U.S. Attorney         Trial Attorney, Public Integrity Section

28   District of Arizona       Criminal Division, U.S. Department of Justice

- 3 -

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Christopher J. Pohl (amanda.hart@usdoj.gov, caseview.ecf@usdoj.gov,
christopher.pohl@usdoj.gov, eric.mccarthy@usdoj.gov, usama.ecf@usdoj.gov), Jane F. Peachy
(jane_peachy@fd.org, orlando_lezama@fd.org), Magistrate Judge Jennifer C. Boal
(jennifer_boal@mad.uscourts.gov, steve_york@mad.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:9926603@mad.uscourts.gov
Subject:Activity in Case 1:22-mj-07241-JCB USA v. Clark Notice of Hearing for Initial
Appearance
Content-Type: text/html
```

**United States District Court**

**District of Massachusetts**

**Notice of Electronic Filing**

The following transaction was entered on 7/29/2022 at 10:58 AM EDT and filed on 7/29/2022

| | |
|---|---|
| **Case Name:** | USA v. Clark |
| **Case Number:** | 1:22–mj–07241–JCB |
| **Filer:** | USA |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
 **ELECTRONIC NOTICE OF HEARING for Initial Appearance as to James W. Clark.**

The Initial Appearance Hearing is set for July 29, 2022 at 2:30 p.m. in Courtroom 14 (In person only) before Magistrate Judge Jennifer C. Boal.

(York, Steve)
**1:22–mj–07241–JCB–1 Notice has been electronically mailed to:**

Christopher J. Pohl     christopher.pohl@usdoj.gov, CaseView.ECF@usdoj.gov, Eric.Mccarthy@usdoj.gov, amanda.hart@usdoj.gov, usama.ecf@usdoj.gov

Jane F. Peachy     jane_peachy@fd.org, Orlando_Lezama@fd.org

**1:22–mj–07241–JCB–1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Jane F. Peachy (jane_peachy@fd.org, orlando_lezama@fd.org),
Christopher J. Pohl (amanda.hart@usdoj.gov, caseview.ecf@usdoj.gov,
christopher.pohl@usdoj.gov, eric.mccarthy@usdoj.gov, usama.ecf@usdoj.gov), Magistrate
Judge Jennifer C. Boal (jennifer_boal@mad.uscourts.gov, steve_york@mad.uscourts.gov)
--Non Case Participants: Marshals (emely.rosario-henriquez@usdoj.gov,
john.ferragamo@usdoj.gov, stacey.croke@usdoj.gov)
--No Notice Sent:

Message-Id:9929033@mad.uscourts.gov
Subject:Activity in Case 1:22-mj-07241-JCB USA v. Clark Initial Appearance - Rule 5(c)(3)
Content-Type: text/html
```

**United States District Court**

**District of Massachusetts**

**Notice of Electronic Filing**

The following transaction was entered on 8/1/2022 at 12:31 PM EDT and filed on 7/29/2022

| | |
|---|---|
| **Case Name:** | USA v. Clark |
| **Case Number:** | 1:22–mj–07241–JCB |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
 **Electronic Clerk's Notes for proceedings held before Magistrate Judge Jennifer C. Boal: Initial Appearance in Rule 5(c)(3) Proceedings as to James W. Clark held on 7/29/2022.**

The Court advised the defendant of his rights and the charges against him. The defendant submitted a financial affidavit and the Court appointed Jane Peachy as counsel. The government stated the maximum penalties and did not seek detention but rather moved for release on conditions. The parties agreed to the proposed conditions. The Court informed the defendant of his conditions of release. The defendant waives his rights to an Identity Hearing. A rule 20 colloquy was given. A rule 5 affidavit was submitted. The Court finds that defendant James W. Clark is the named person in the charging Indictment. The Court reminded the government of its obligations under Rule 5 (f). The Court released the defendant on conditions and a personal recognizance bond. The order for removal will be issued.

(Attorneys present: Pohl for the government; Peachy for the defendant; Curran for probation.)Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please go to https://www.mad.uscourts.gov/caseinfo/transcripts.htm#audio–recordings . For a transcript of this proceeding, contact Katelyn Coppola by email at mad_transcripts@mad.uscourts.gov. (York, Steve)

**1:22–mj–07241–JCB–1 Notice has been electronically mailed to:**

Christopher J. Pohl      christopher.pohl@usdoj.gov, CaseView.ECF@usdoj.gov, Eric.Mccarthy@usdoj.gov, amanda.hart@usdoj.gov, usama.ecf@usdoj.gov

Jane F. Peachy      jane_peachy@fd.org, Orlando_Lezama@fd.org

**1:22–mj–07241–JCB–1** Notice will not be electronically mailed to:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 22-07241-JCB |
| | ) | |
| JAMES W. CLARK, | ) | |
| Defendant | ) | |

### AFFIDAVIT OF OUTSTANDING ARREST WARRANT PURSUANT TO FED. R. CRIM. P. 5(c)(3)

I, Katelin Ehrhardt, Special Agent, Federal Bureau of Investigation, do hereby make oath before the Honorable Jennifer C. Boal, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one JAMES W. CLARK issued by the United States District Court for the District of Arizona on or about July 26, 2022, for Bomb Threat, in violation of Title 18, United States Code, § 844(e), Bomb Hoax, in violation of Title 18, United States Code, Section 1038(a), and Interstate Threat, in violation of Title 18, United States Code, Section 875(c). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

Katelin Ehrhardt
Special Agent
Federal Bureau of Investigations

Subscribed and sworn to before me this 29th day of July 2022.

The Honorable Jennifer C. Boal
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| United States of America | ) | |
| v. | ) | Case No.   CR-22-00889-PHX-MTL |
| James W. Clark | ) | |
| | ) | |
| | ) | **SEALED** |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   James W. Clark                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

  18:844(e) - Bomb Threat
  18:1038(a) - Bomb Hoax
  18:875(c) - Interstatee Threat

_____
*Issuing officer's signature*

City and state:     Phoenix, Arizona

ISSUED ON 2:35 pm, Jul 26, 2022
s/ Debra D. Lucas, Clerk

M. Pruneau, Deputy Clerk
*Printed name and title*

cc: PTS

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____      _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

| Print | Save As... | | Reset |

16

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| James W. Clark | ) | Case No.   1:22-mj-07241-JCB-1 |
| | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   Before Judge John Z. Boyle in Courtroom 302 in Phoenix, Arizona
*Place*
Sandra Day O'Connor U.S. Courthouse, 401 W. Washington St. Phoenix, AZ 85003

on   8/17/2022 11:00 am
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 10/20) MAD Ann. (12/21)  Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____  Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____        _____

Custodian                                                        Date

( ☑ )  (7)  The defendant must:

( ☑ )  (a)  submit to supervision by and report for supervision to the supervising probation officer. The defendant shall obey all directions and instructions of the supervising probation officer.

( ☐ )  (b)  continue or actively seek employment.

( ☐ )  (c)  continue or start an education program.

( ☐ )  (d)  surrender any passport to:    The Office of Probation and Pretrial Services

( ☐ )  (e)  not obtain a passport or other international travel document.

( ☐ )  (f)  abide by the following restrictions on personal association, residence, or travel: _____

( ☑ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:   unless in the presence of counsel. Government to provide a list of potential victims and/or witnesses.

( ☐ )  (h)  get medical or psychiatric treatment: _____

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☐ )  (k)  not possess a firearm, destructive device, or other weapon.

( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☑ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☑ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☑ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ☐ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.

( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or

( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ☐ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or

( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

( ☐ )  (q)  submit to the following location monitoring technology and comply with its requirements as directed: _____

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
( ☐ ) (ii)   Voice Recognition; or
( ☐ ) (iii)  Radio Frequency; or
( ☐ ) (iv)   GPS.

( ☐ )  (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ )  (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. (**Report within 24 hours**)

( ☐ )  (t)

AO 199C  (Rev. 09/08) MAD Ann. (12/21)  Advice of Penalties          Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court, including a Probation Officer or other employee of the Probation Department.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Falmouth, MA
_____
*City and State*

## Directions to the United States Marshal

[✓] The defendant is ORDERED released after processing.
[ ] The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____7/29/2022_____          _____
*Judicial Officer's Signature*

Steve York   Deputy Clerk
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| James W. Clark | ) | Case No.  1:22-mj-07241-JCB-1 |
| | ) | |
| _Defendant_ | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ James W. Clark _____ (_defendant_), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )     to appear for court proceedings;

( X )     if convicted, to surrender to serve a sentence that the court may impose; or

(   )     to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1)  This is a personal recognizance bond.

(   ) (2)  This is an unsecured bond of $ _____ .

(   ) (3)  This is a secured bond of $ _____ , secured by:

     (   ) (a) $ _____ , in cash deposited with the court.

     (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property (_describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value_):

        If this bond is secured by real property, documents to protect the secured interest may be filed of record.

     (   ) (c) a bail bond with a solvent surety (_attach a copy of the bail bond, or describe it and identify the surety_):

### Forfeiture or Release of the Bond

_Forfeiture of the Bond._  This appearance bond may be forfeited if the defendant does not comply with the above agreement.  The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement.  At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.*  The court may order this appearance bond ended at any time.  This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.*  I, the defendant – and each surety – declare under penalty of perjury that:

(1)   all owners of the property securing this appearance bond are included on the bond;

(2)   the property is not subject to claims, except as described above; and

(3)   I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.*  I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me.  I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true.  (See 28 U.S.C. § 1746.)

Date:   07/29/2022

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date:   7/29/22

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date:   _____

_____
*Judge's signature*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

22-mj-7241-JCB

UNITED STATES OF AMERICA

v.

JAMES W. CLARK

**ORDER PURSUANT TO**
**RULE 5 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

July 29, 2022

Boal, U.S.M.J.

Pursuant to the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020) and Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is reminded of its obligation to disclose in a timely manner all exculpatory evidence to the defendant, that is, all evidence that is favorable to the defendant or tends to cast doubt on the United States' case, as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny.  Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.

      / s / Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

22-mj-7241-JCB

UNITED STATES OF AMERICA

v.

JAMES W. CLARK

**RULE 5 ORDER OF REMOVAL**

July 29, 2022

Boal, M.J.

Defendant James W. Clark is charged in an indictment in the U.S. District Court for the District of Arizona (Case No. CR-22-00889-PHX-MTL in the charging district) with bomb threat in violation of 18 U.S.C. § 844(e); bomb hoax in violation of 18 U.S.C. § 1038(a); and interstate threat in violation of 18 U.S.C. § 875(c).  An initial appearance was held on July 29, 2022, at which time the defendant waived an identity hearing.  The defendant was released on conditions.  I find that the defendant is the person named in the warrant.  The United States has produced a facsimile of the warrant.  The defendant was informed of his rights pursuant to Rule 20 of the Federal Rules of Criminal Procedure.

WHEREFORE, the defendant is ORDERED removed to the District of Arizona, and further, the defendant is ORDERED to appear before the United States District Court for that District whenever ordered to do so by that Court.

  /s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge

1